1  CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3  SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone:  (415) 436-6474
6     Facsimile:  (415) 436-6748
      sarah.balkissoon@usdoj.gov
7
Attorneys for Defendant
8

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  TIDES CENTER, on behalf of its Arab            Case No. 3:25-cv-06149-SI
    Resource and Organizing Center Project,
                                                   **STIPULATION TO STAY CASE;**
14      Plaintiff,                                 **[PROPOSED] ORDER**

15    v.

16  UNITED STATES CITIZENSHIP AND
    IMMIGRATION SERVICES,
17
        Defendant.
18

19      Subject to the Court's approval, the parties, through their undersigned counsel of record, hereby

20  stipulate as follows:

21      1.      At midnight on September 30, 2025, the appropriations act that had been funding the

22  Department of Justice expired and appropriations to the Department lapsed.  The same is true for other

23  Executive Branch agencies, including the federal Defendant.  The date when funding will be restored by

24  Congress has not been established.

25      2.      Defendant has conveyed the following to Plaintiff:

26      a.      The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General,

27  provides that in the absence of appropriated funds no obligation can be incurred except for the protection

28  of life and property, the orderly suspension of operations, or as otherwise authorized by law.  Absent an

STIPULATION AND [PROPOSED] ORDER
NO. 3:25-cv-06149-SI                              1

1  appropriation, Department of Justice attorneys (and employees of United States Citizenship and

2  Immigration Services (the "Agency")) are prohibited from working, even on a volunteer basis, "except

3  for emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

4         b.      Undersigned counsel for Defendant will be furloughed for the duration of the

5  lapse in appropriations and is not permitted to work on the instant case during the lapse in

6  appropriations.

7         c.      In addition, the work of employees from the Agency is also necessary.  If the

8  requested stay is denied, the work needed from the Agency may not be possible.

9      3.    The parties therefore request a stay of this case until Congress has restored appropriations

10  to the Department of Justice and the government shutdown ends.  The parties further request that all

11  deadlines in this case be extended for a period of time commensurate with the duration of the lapse in

12  appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in

13  appropriations.

14      4.    If this stay is granted, counsel for the United States will promptly notify the Court as

15  soon as the government shutdown has ended and, if necessary given the circumstances of this case,

16  confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder

17  of litigation.

18      IT IS SO STIPULATED.

19  DATED:  October 1, 2025               Respectfully submitted,[1]

20

21                               CRAIG H. MISSAKIAN
                             United States Attorney

22                               */s/ Sarah E. Balkissoon*
                             SARAH E. BALKISSOON

23                               Assistant United States Attorney

24

25                               Attorneys for Defendant

26

27

28       [1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER
NO. 3:25-cv-06149-SI               2

1    DATED: October 1, 2025

2                                                                    */s/ Amber Qureshi*
                                                                    AMBER QURESHI
3

4                                                                    Amber Qureshi
                                                                    Law Office of Amber Qureshi, LLC
5                                                                    6925 Oakland Mills Road, PMB #207
                                                                    Columbia, MD 21045
6                                                                    (443) 583-4353
7                                                                    Email: amber@qureshilegal.com

8                                                                    Lina Baroudi
                                                                    Law Office of Lina Baroudi
9                                                                    2680 S. White Road, Suite 151
                                                                    San Jose, CA 95148
10                                                                   (408) 300-2655
11                                                                   Email: lina@linalaw.com

12                                                                   Waleed Naser
                                                                    Naser Immigration Law, LLC
13                                                                   155 N. Wacker Drive, Suite 4250
                                                                    Chicago, IL 60606
14                                                                   (615) 753-3974
15                                                                   Email: waleed@naserlegal.com

16

17                                                                   Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. 3:25-cv-06149-SI                                3

1

**[PROPOSED] ORDER**

2          Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

3          1.      This case is hereby STAYED until after the shutdown of the federal government has

4    ended and appropriations to the Department of Justice have been restored;

5          2.      All deadlines in this case are extended for a period of time commensurate with the

6    duration of the lapse in appropriations; and

7          3.      The Government will promptly notify the Court as soon as the government shutdown has

8    ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit

9    within two weeks a joint proposed schedule for the remainder of litigation.

10          IT IS SO ORDERED.

11    DATED: October 1, 2025

12                                                          _____
                                                            The Honorable Susan Illston

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. 3:25-cv-06149-SI                                    4