CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6474
    Facsimile: (415) 436-6748
    sarah.balkissoon@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIDES CENTER, on behalf of its Arab Resource and Organizing Center Project,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:25-cv-06149-SI<br><br>**STIPULATION REGARDING CASE SCHEDULE;**<br>**[PROPOSED] ORDER** |

On October 1, 2025, this Court granted the parties stipulation to stay the case pending the lapse in appropriations funding the Department of Justice and other executive agencies. Dkt. No. 21. The lapse in appropriations has ended. Subject to the Court's approval, the parties hereby stipulate as follows:

    1.    The above-referenced stay should be lifted.

    2.    The parties agree that initial disclosures are not necessary because this is a FOIA action.

    3.    The deadline to file ADR certifications should be extended from Friday, October 3, 2025, to Friday, November 28, 2025.

    4.    The case management conference should be continued from Friday, October 24, 2025, at 2:30 p.m. to Friday, December 19, 2025, 2:30 p.m. Dates related to the case management conference

should be adjusted accordingly.

    IT IS SO STIPULATED.

DATED:  November 17, 2025      Respectfully submitted,[1]

    CRAIG H. MISSAKIAN
    United States Attorney

    */s/ Sarah E. Balkissoon*
    SARAH E. BALKISSOON
    Assistant United States Attorney

    Attorneys for Defendant

DATED: November 17, 2025

    */s/ Amber Qureshi*
    AMBER QURESHI

    Amber Qureshi
    Law Office of Amber Qureshi, LLC
    6925 Oakland Mills Road, PMB #207
    Columbia, MD 21045
    (443) 583-4353
    Email: amber@qureshilegal.com

    Lina Baroudi
    Law Office of Lina Baroudi
    2680 S. White Road, Suite 151
    San Jose, CA 95148
    (408) 300-2655
    Email: lina@linalaw.com

    Waleed Naser
    Naser Immigration Law, LLC
    155 N. Wacker Drive, Suite 4250
    Chicago, IL 60606
    (615) 753-3974
    Email: waleed@naserlegal.com

    Attorneys for Plaintiff

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER
NO. 3:25-cv-06149-SI      2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. The stay is LIFTED.

2. The parties agree that initial disclosures are not necessary because this is a FOIA action.

3. The deadline to file ADR certifications is extended from Friday, October 3, 2025, to Friday, November 28, 2025.

4. The case management conference is continued from Friday, October 24, 2025, at 2:30 p.m. to Friday, December 19, 2025, at 2:30 p.m. Deadlines related to the case management conference are adjusted accordingly.

IT IS SO ORDERED.

DATED:

_____
The Honorable Susan Illston

STIPULATION AND [PROPOSED] ORDER
NO. 3:25-cv-06149-SI                                  3