1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  SARAH E. BALKISSOON (CABN 327066)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6474
6       Facsimile: (415) 436-6748
        sarah.balkissoon@usdoj.gov
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   TIDES CENTER, on behalf of its Arab           Case No. 3:25-cv-06149-SI
13 Resource and Organizing Center Project,
                                                 **STIPULATION REGARDING CASE**
14      Plaintiff,                               **SCHEDULE;**
                                                 **[PROPOSED] ORDER**
15      v.

16 UNITED STATES CITIZENSHIP AND
   IMMIGRATION SERVICES,
17
        Defendant.
18

19      On October 1, 2025, this Court granted the parties stipulation to stay the case pending the lapse

20 in appropriations funding the Department of Justice and other executive agencies. Dkt. No. 21. The

21 lapse in appropriations has ended. Subject to the Court's approval, the parties hereby stipulate as

22 follows:

23      1.      The above-referenced stay should be lifted.

24      2.      The parties agree that initial disclosures are not necessary because this is a FOIA action.

25      3.      The deadline to file ADR certifications should be extended from Friday, October 3, 2025,

26 to Friday, November 28, 2025.

27      4.      The case management conference should be continued from Friday, October 24, 2025, at

28 2:30 p.m. to Friday, December 19, 2025, 2:30 p.m. Dates related to the case management conference

STIPULATION AND [PROPOSED] ORDER
NO. 3:25-cv-06149-SI                             1

1 | should be adjusted accordingly.

2 | IT IS SO STIPULATED.

3 | DATED:  November 17, 2025     Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney


Attorneys for Defendant

DATED: November 17, 2025

*/s/ Amber Qureshi*
AMBER QURESHI


Amber Qureshi
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Road, PMB #207
Columbia, MD 21045
(443) 583-4353
Email: amber@qureshilegal.com

Lina Baroudi
Law Office of Lina Baroudi
2680 S. White Road, Suite 151
San Jose, CA 95148
(408) 300-2655
Email: lina@linalaw.com

Waleed Naser
Naser Immigration Law, LLC
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
(615) 753-3974
Email: waleed@naserlegal.com


Attorneys for Plaintiff

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER
NO. 3:25-cv-06149-SI                     2

**[PROPOSED]** **ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. The stay is LIFTED.

2. The parties agree that initial disclosures are not necessary because this is a FOIA action.

3. The deadline to file ADR certifications is extended from Friday, October 3, 2025, to Friday, November 28, 2025.

4. The case management conference is continued from Friday, October 24, 2025, at 2:30 p.m. to Friday, December 19, 2025, at 2:30 p.m. Deadlines related to the case management conference are adjusted accordingly.

IT IS SO ORDERED.

DATED: November 18, 2025

_____
The Honorable Susan Illston