CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6474
    Facsimile: (415) 436-6748
    sarah.balkissoon@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIDES CENTER, on behalf of its Arab Resource and Organizing Center Project, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No. 3:25-cv-06149-SI <br><br> **STIPULATION TO CONTINUE CMC AND [PROPOSED] ORDER** <br><br> Honorable Susan Illston |

The case management conference is currently scheduled for March 13, 2026, at 2:30 pm. Subject to the Court's approval, the parties hereby stipulate as follows:

    1.    The case management conference should be continued to Friday, April 17, 2026, at 2:30 pm.

    2.    The parties should file their case management statement by Friday, April 10, 2026.

IT IS SO STIPULATED.

| | |
|---|---|
| 1    DATED:  March 4, 2026 | Respectfully submitted,[1] |
| 2 | |
| 3 | CRAIG H. MISSAKIAN<br>United States Attorney |
| 4 | */s/ Sarah E. Balkissoon* |
| 5 | SARAH E. BALKISSOON<br>Assistant United States Attorney |
| 6 | |
| 7 | Attorneys for Defendant |
| 8    DATED: March 4, 2026 | |
| 9 | */s/ Amber Qureshi*<br>AMBER QURESHI |
| 10 | |
| 11 | Amber Qureshi |
| 12 | Law Office of Amber Qureshi, LLC<br>6925 Oakland Mills Road, PMB #207 |
| 13 | Columbia, MD 21045<br>(443) 583-4353 |
| 14 | Email: amber@qureshilegal.com |
| 15 | Lina Baroudi |
| 16 | Law Office of Lina Baroudi<br>2680 S. White Road, Suite 151 |
| 17 | San Jose, CA 95148<br>(408) 300-2655 |
| 18 | Email: lina@linalaw.com |
| 19 | Waleed Naser |
| 20 | Naser Immigration Law, LLC<br>155 N. Wacker Drive, Suite 4250 |
| 21 | Chicago, IL 60606<br>(615) 753-3974 |
| 22 | Email: waleed@naserlegal.com |
| 23 | Attorneys for Plaintiff |

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER
NO. 3:25-cv-06149-SI                    2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. The case management conference is continued from March 13, 2026, to Friday, April 17, 2026, at 2:30 pm.

3. The parties shall file their case management statement by Friday, April 10, 2026.

2. IT IS SO ORDERED.

DATED:

_____
The Honorable Susan Illston