CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6474
    Facsimile:  (415) 436-6748
    sarah.balkissoon@usdoj.gov

Attorneys for Defendant

Lina Baroudi, Cal. Bar No. 269610
Law Office of Lina Baroudi
2680 S. White Rd., Ste. 151
San José, CA 95148-2079
Telephone: (408) 300-2655
lina@linalaw.com

Waleed Naser*
Naser Immigration Law, LLC
155 N. Wacker Dr., Suite 4250
Chicago, Illinois 60606
Telephone: (872) 265-8490
waleed@naserlegal.com

Amber Qureshi*
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353
amber@qureshilegal.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TIDES CENTER, on behalf of its Arab Resource and Organizing Center Project,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 3:25-cv-06149-SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge: Hon. Susan Illston |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
NO. 3:25-cv-06149-SI           1

Plaintiff and Defendant in the above-captioned action by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' case management conference ("CMC") set for July 10, 2026, at 3:00 p.m. until August 28, 2026, at 2:30 p.m.

The parties have resolved all substantive disputes in this FOIA lawsuit. The only remaining issue is Plaintiff's demand for fees and costs. Plaintiff's counsel provided Defendant with a fees and costs demand on May 15, 2026. Defendant is analyzing the demand.

In light of the above, the parties propose that the Court continue the July 10, 2026, case management conference until August 28, 2026, at 2:30 p.m. at which time the parties can report on the progress and whether briefing on the issue of fees and costs will be necessary. By entering into this stipulation, Defendants do not waive, and expressly reserve, any arguments regarding Plaintiffs' eligibility for and entitlement to attorney's fees and costs.

IT IS SO STIPULATED.

DATED:  June 29, 2026

Respectfully submitted,[1]


CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney


Attorneys for Defendant


DATED: June 29, 2026


*/s/ Amber Qureshi*
AMBER QURESHI
Amber Qureshi
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Road, PMB #207
Columbia, MD 21045
(443) 583-4353
Email: amber@qureshilegal.com

Lina Baroudi

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
NO. 3:25-cv-06149-SI                               2

Law Office of Lina Baroudi
2680 S. White Road, Suite 151
San Jose, CA 95148
(408) 300-2655
Email: lina@linalaw.com

Waleed Naser
Naser Immigration Law, LLC
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
(615) 753-3974
Email: waleed@naserlegal.com


Attorneys for Plaintiff

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set for July 10, 2026, at 3:00 p.m. is continued until August 28, 2026, at 2:30 p.m.

DATED: _____          _____

The Honorable  Susan Illston