CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6474
Facsimile: (415) 436-6748
sarah.balkissoon@usdoj.gov

Attorneys for Defendant

Lina Baroudi, Cal. Bar No. 269610
Law Office of Lina Baroudi
2680 S. White Rd., Ste. 151
San José, CA 95148-2079
Telephone: (408) 300-2655
lina@linalaw.com

Waleed Naser*
Naser Immigration Law, LLC
155 N. Wacker Dr., Suite 4250
Chicago, Illinois 60606
Telephone: (872) 265-8490
waleed@naserlegal.com

Amber Qureshi*
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353
amber@qureshilegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TIDES CENTER, on behalf of its Arab Resource and Organizing Center Project,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Case No. 3:25-cv-06149-SI

**JOINT STATUS RE**
**ORDER**

Date: August 28, 2026
Time: 10:00 a.m.
Location: Zoom

Judge: Hon. Susan Illston



Plaintiff and Defendant in the above-captioned action by and through their undersigned counsel, submit this Joint Status Report for the August 28, 2026, at 10:00 a.m. status conference.

Plaintiff provided Defendant with a fees and costs demand on May 15, 2026. Defendant has been analyzing the demand and is preparing its response.

In light of the above, the parties propose that the Court continue the August 28, 2026, status conference to Friday, September 18, 2026, at 3:00 p.m., at which time the parties can report on the progress and whether briefing on the issue of fees and costs will be necessary. The parties will submit a status report on September 11, 2026.

By entering into this stipulation, Defendant does not waive, and expressly reserve, any arguments regarding Plaintiff's eligibility for and entitlement to attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: August 21, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Defendant

DATED: August 21, 2026

*/s/ Amber Qureshi*
AMBER QURESHI
Amber Qureshi
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Road, PMB #207
Columbia, MD 21045
(443) 583-4353
Email: amber@qureshilegal.com

Lina Baroudi
Law Office of Lina Baroudi

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

2680 S. White Road, Suite 151
San Jose, CA 95148
(408) 300-2655
Email: lina@linalaw.com

Waleed Naser
Naser Immigration Law, LLC
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
(615) 753-3974
Email: waleed@naserlegal.com

Attorneys for Plaintiff

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the status conference currently set for August 28, 2026, at 10:00 a.m. is continued to Friday, September 18, at 3:00 p.m. The parties shall file a status report on Friday, September 11, 2026.




DATED: ____________________

____________________________________
The Honorable Susan Illston