CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6474
Facsimile: (415) 436-6748
sarah.balkissoon@usdoj.gov

Attorneys for Defendant

Lina Baroudi, Cal. Bar No. 269610
Law Office of Lina Baroudi
2680 S. White Rd., Ste. 151
San José, CA 95148-2079
Telephone: (408) 300-2655
lina@linalaw.com

Waleed Naser*
Naser Immigration Law, LLC
155 N. Wacker Dr., Suite 4250
Chicago, Illinois 60606
Telephone: (872) 265-8490
waleed@naserlegal.com

Amber Qureshi*
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353
amber@qureshilegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIDES CENTER, on behalf of its Arab Resource and Organizing Center Project,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:25-cv-06149-SI<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE CONFERENCE; ~~[PROPOSED]~~ ORDER**<br><br>Date: October 30, 2026<br>Time: 3:00 pm<br>Location: Zoom<br><br>Judge: Hon. Susan Illston |

Plaintiff and Defendant in the above-captioned action, by and through their undersigned counsel, submit this joint status report and stipulation to continue the status conference set for October 30, 2026.

As reported on September 18, 2026, the parties have reached an agreement to settle the matter. The parties are negotiating the terms of the settlement agreement, and the parties need additional time to do so and finalize the agreement.

On October 13, 2026, the Court set a status conference for October 30, 2026, at 3:00 pm. Counsel for Defendant has a conflict on October 30, 2026, that would prevent her from attending the status conference. Accordingly, the parties respectfully request that the Court continue the status conference to Friday, November 20, 2026, at 3:00 pm, to accommodate the parties' schedules and permit additional time for the parties to negotiate and finalize their settlement agreement.

DATED: October 14, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Defendant

DATED: October 14, 2026

*/s/ Amber Qureshi*
AMBER QURESHI
Amber Qureshi
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Road, PMB #207
Columbia, MD 21045
(443) 583-4353
Email: amber@qureshilegal.com

Lina Baroudi
Law Office of Lina Baroudi

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

2680 S. White Road, Suite 151
San Jose, CA 95148
(408) 300-2655
Email: lina@linalaw.com

Waleed Naser
Naser Immigration Law, LLC
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
(615) 753-3974
Email: waleed@naserlegal.com

Attorneys for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to the above stipulation, the status conference is continued to Friday, November 20, 2026, at 3:00 pm. A status report is due by November 13, 2026.

IT IS SO ORDERED.

DATED: October 15, 2026

Susan Illston

THE HONORABLE SUSAN ILLSTON