CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division

SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6474
FAX: (415) 436-6748
sarah.balkissoon@usdoj.gov

Attorneys for Defendant

Lina Baroudi, Cal. Bar No. 269610
Law Office of Lina Baroudi
2680 S. White Rd., Ste. 151
San José, CA 95148-2079
Telephone: (408) 300-2655
lina@linalaw.com

Waleed Naser*
Naser Immigration Law, LLC
155 N. Wacker Dr., Suite 4250
Chicago, Illinois 60606
Telephone: (872) 265-8490
waleed@naserlegal.com

Amber Qureshi*
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353
amber@qureshilegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIDES CENTER, on behalf of its Arab Resource and Organizing Center Project<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Defendant. | Case No. 3:25-cv-06149-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and pursuant to the Settlement Agreement entered into by the parties to this action. Each party shall bear its own fees and costs, except as set forth in the parties' Settlement Agreement.

IT IS SO STIPULATED.

DATED: 11/12/2026

*/s/ Amber Qureshi*__________________
AMBER QURESHI
Plaintiff's Attorney

CRAIG H. MISSAKIAN
United States Attorney

DATED: 11/12/2026

By:*/s/ Sarah E. Balkissoon*___________
SARAH E. BALKISSOON
Assistant United States Attorney
Attorney for Defendant